**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. CR-16-119-R** |
| | ) | |
| **CHRISTOPHER BROWN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

Before the Court is Defendant's pro se letter [Doc. Nos. 2050, 2053] requesting information about sentencing credits and a removal of a sentencing enhancement. Defendant is advised that a party applying to the court for an order must generally do so by motion. *See* Fed. R. Crim. P. 47(a). Additionally, "it is not the proper function of the district court to assume the role of advocate for the pro se litigant." *United States v. Walton*, 9 F. App'x 803, 805 (10th Cir. 2001) (brackets and quotation marks omitted). Accordingly, to the extent defendant's letter seeks any relief, it is denied. Defendant may resubmit any request via a motion that includes the grounds on which it is based and the relief sought. *See* Fed. R. Crim. P. 47(b).

IT IS SO ORDERED this 4th day of May, 2026.

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**